**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 95-7587**

_____

JENIS WALTER BRANCH,

Petitioner - Appellant,

versus

EDWARD MURRAY,

Respondent - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Albert V. Bryan, Jr., Senior District Judge. (CA-94-77-AM)

_____

Submitted: January 11, 1996        Decided: January 24, 1996

_____

Before RUSSELL, HALL, and WILKINSON, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Jenis Walter Branch, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his Fed. R. Civ. P. 60(b) motion for relief from the order denying his 28 U.S.C. § 2254 (1988) habeas petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of probable cause to appeal and dismiss the appeal on the reasoning of the district court. Branch v. Murray, No. CA-94-77-AM (E.D. Va. Sept. 18, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2